# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| **JOHN BRANSON,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**HARRAH'S TUNICA CORPORATION,** )<br>**HARRAH'S ENTERTAINMENT, INC.,** )<br>**GRAND CASINOS, INC.,** )<br>**HARRAH'S OPERATING COMPANY,** )<br>**INC., and BL DEVELOPMENT** )<br>**CORPORATION,** )<br>)<br>**Defendants.** ) | No. 2:08-cv-02804-BBD-cgc |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## MAGISTRATE JUDGE ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

Before the Court is Plaintiff John Branson's ("Plaintiff") Motion for Attorneys' Fees and Costs, filed June 20, 2011. (D.E. #125.) The matter was referred to the Magistrate Judge for a report and recommendation on June 22, 2011. (D.E. #126.) On August 25, 2011, the Magistrate Judge filed a report recommending that Plaintiff's motion be granted in part and denied in part and that Plaintiff be awarded attorneys' fees in the amount of $79,900.00. (D.E. #139.) Additionally, the Magistrate Judge indicated that any objections to the report were to be filed within fourteen (14) days.

Finding Plaintiff's motion to be well-taken, and with no objection to the Magistrate's report having been filed, the Court hereby **ADOPTS** the report and recommendation of the Magistrate Judge for the reasons set forth therein. Accordingly, Plaintiff's motion for attorneys'

fees is **GRANTED IN PART** and **DENIED IN PART**, and Plaintiff is hereby awarded the sum of $79,900.00 in reasonable attorneys' fees.

    **IT IS SO ORDERED** this 27th day of September, 2011.


        <u>**s/ Bernice Bouie Donald**</u>
        **BERNICE BOUIE DONALD**
        **UNITED STATES DISTRICT COURT JUDGE**